**No. 69668.**—Overseas Commodities Corp. *v.* United States, protests 61/18665, etc. (Boston).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise, consisting of miniature electric motors, and issues are similar in all material respects to those involved in Abstract 66961, the claim of the plaintiff was sustained.

**No. 69669.**—Gillespie & Co. of New York et al. *v.* United States, protests 63/16330, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

**No. 69670.**—Selectile Company, Inc., and Frank P. Dow Co., Inc., of L.A. et al *v.* United States, protests 61/2332(C), etc. (Los Angeles).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *Selectile Co., Inc.* v. *United States* (54 Cust. Ct. 30, C.D. 2504), the claim of the plaintiffs was sustained.